1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11

LEROY FRANKLIN,                                1:09-cv-00065-WMW  (HC)

12
                            Petitioner,

13                                             ORDER AUTHORIZING
         vs.                                   IN FORMA PAUPERIS STATUS

14
PEOPLE OF THE UNITED STATES OF
AMERICA,

15
                            Respondent.

16    _____/

17

        Petitioner is a state prisoner proceeding pro se  with a petition for writ of habeas corpus

18
pursuant to 28 U.S.C. § 1651.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

19
proceed *in forma pauperis*.  The petition will be screened in due course.

20

21

IT IS SO ORDERED.

22
**Dated:    January 28, 2009              /s/  William M. Wunderlich**

23                                         UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28